NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOAH DUGUID, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant-Appellee,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor-Appellee. | No.   17-15320<br><br>D.C. No. 4:15-cv-00985-JST<br><br>ORDER |

On Remand from the United States Supreme Court

Before:  WALLACE, SILER,* and McKEOWN, Circuit Judges.

The appeal is remanded to the district court for any further proceedings consistent with the United States Supreme Court's opinion in *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021).

**REMANDED.**

---

\*       The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.